**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ROY YIUN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROY YIUN,

        Plaintiff,

    vs.

AUTOZONE WEST LLC; OWEN
FAMILY CIRCLE, A CALIFORNIA
GENERAL PARTNERSHIP; and
DOES 1 to 10,

        Defendants.

**Case No.: 2:21-cv-00016 DSF (JEMx)**
Assigned to Hon. Dale S. Fischer

**JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ROY YIUN ("Plaintiff") and Defendant AUTOZONE WEST LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED:  July 23, 2021                SO. CAL. EQUAL ACCESS GROUP

By:    /s/  Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

Dated: July 28, 2021                 ARENA HOFFMAN LLP

By:       /s/ Alex Craigie
Alex Craigie, Esq.
Attorneys for Defendants

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 28, 2021                    By: /s/ Jason J. Kim
Jason J. Kim

1